JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVONE WILLIAMS; T.W., a minor by his Guardian ad Litem, Keisha Castleberry, individually and as Successor in Interest of TYRONE WILLIAMS,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTY OF LOS ANGELES; DEPUTY GREGORY NICKELL; LEMUEL PENOLA, R.N.; EMMANUEL MOSCOSO, R.N.; SANDRA KANG, R.N.; ALONZO BESIJOS, R.N.; CHRISTINE PANGANIBAN, R.N.; CHRISTIAN OKOYE, R.N.; DOES 8-10;<br><br>        Defendants. | Case No. **CV 14-9522-JFW (VBKx)**<br><br>**JUDGMENT** |

    The Court, having granted the Defendants' Motion for Summary Judgment based on its determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on all claims for relief alleged against them,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiffs Trevone Williams and T.W., a minor by his Guardian ad Litem (individually and as Successor in Interest of Tyrone Williams) (collectively, "Plaintiffs") shall recover nothing from any of the named Defendants;

2. Defendants County of Los Angeles, Alonzo Besijos, R.N., Christine Panganiban, R.N., Christian Okoye, R.N., Sandra Kang, R.N., Emmanuel Moscoso, R.N., Lemuel Penola, R.N., and Deputy Gregory Nickell (collectively, "Defendants") shall have judgment in their favor on Plaintiffs' entire action; and

3. Defendants shall recover from Plaintiffs their costs of suit in the sum of $_____.

Dated: October 22, 2015

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2